UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LANCE FLOWERS,**

    **Plaintiff,**

**v.**                                              **Case No.  4:23-cv-29-TKW-MAF**

**FRANKLIN COUNTY JAIL, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11). No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice based on Plaintiff's failure to comply with court orders and failure to prosecute. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] Plaintiff is likely unaware of the Report and Recommendation because the copy mailed to him at his address of record was returned by the Post Office as undeliverable. *See* Doc. 12. That does not preclude the Court from adopting the Report and Recommendation and dismissing this case. Indeed, Plaintiff's failure to keep the Court apprised of his current address is an additional reason for this case to be dismissed.

2. This case is **DISMISSED** without prejudice.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 4th day of August, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**